February 15, 1980.

425 A.2d 839

Commonwealth v. Bates, Appellant.

 Submitted March 23, 1979. Jeffrey G.

632

Velander, Public Defender, for appellant; Ralph A. Matergia, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.